UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                                                      CHAPTER 13 PROCEEDING:

KaRON NAKIA WEARY                                                       24-51281 KMS
121 ARTHUR B JOHNSON LANE
COLUMBIA, MS  39429

## MOTION TO DISMISS AND NOTICE

COMES NOW, Chapter 13 Trustee DAVID RAWLINGS, and files this his Motion to Dismiss the above proceeding for the reason that the Debtor(s) has failed to make payments into the Plan as required by Chapter 13 of the Bankruptcy Code.

NOTICE IS HEREBY GIVEN, to the Debtor(s), that unless the sum of $6,081.00, the amount due through the end of the month, plus accruing payments, is received by the Trustee or a responsive pleading is filed with the Clerk of the Court, with a copy to the Trustee and U. S. Trustee, within twenty-one days of this Notice, the Chapter 13 proceeding of the above Debtor(s) will be dismissed.

NOTICE IS FURTHER GIVEN that, in the event a responsive pleading is filed, a trial on the matter will be held at the **U.S. William M. Colmer Federal Building, Court Room #2, 701 N Main Street, Hattiesburg, MS 39401 on February 26, 2026, at 10:30 am**.

WHEREFORE, Trustee moves this Court to enter an Order Dismissing Case. Alternatively, should the Debtor(s) submit necessary funds and/or file a responsive pleading, as stated herein, resulting in an Order Denying Motion to Dismiss, said Order shall contain a STRICT ENFORCEMENT PROVISION.

DATED:  January 07, 2026

/s/  DAVID RAWLINGS

DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS  39403
(601) 582-5011

CHAPTER 13 PROCEEDING:

24-51281 KMS

## CERTIFICATE OF SERVICE

I, DAVID RAWLINGS, Trustee, do hereby certify that I have transmitted electronically via CM/ECF and/or mailed this day by first class mail, a true and correct copy of this MOTION TO DISMISS AND NOTICE to the Debtor(s) and attorney listed below.

DEBTOR:
KaRON NAKIA WEARY
121 ARTHUR B JOHNSON LANE
COLUMBIA, MS  39429

ATTORNEY FOR DEBTOR(S)
THOMAS C. ROLLINS, JR
P O Box 13767
Jackson, MS  39236

DATED:  January 07, 2026               /s/  DAVID RAWLINGS
                                       DAVID RAWLINGS, TRUSTEE