## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    KaRon Nakia Weary                                    Case No. 24-51281-KMS
          , Debtors                                                       CHAPTER 13

## **NOTICE**

The above referenced debtors have filed papers with the court to allow payment arrearage.

**Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to amortize the payments, or if you want the court to consider your views on the Motion, then on or before 30 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Dan M. Russell, Jr. United States Courthouse
2012 15th St., Ste. 244
Gulfport, MS 39501

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to the debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion to Allow Payment Arrearage.

Date: January 20, 2026          Signature:   /s/ Thomas C. Rollins, Jr.
                                             Thomas C. Rollins, Jr. (MSBN 103469)
                                             Jennifer Ann Curry Calvillo (MSBN 104367)
                                             The Rollins Law Firm, PLLC
                                             P.O Box 13767
                                             Jackson, MS 39236

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   KaRon Nakia Weary                                          Case No. 24-51281-KMS
, Debtors                                                                              CHAPTER 13

**MOTION TO ALLOW PAYMENT ARREARAGE**

COME NOW, Debtors, by and through counsel, and moves this Court to amortize their past due Chapter 13 plan payments, and in support thereof, would show the Court as follows:

1. Debtors filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code.

2. Debtors fell behind on the plan payments.

3. Debtors are requesting this Honorable Court to amortize the past due plan payments over the life of the plan, including any ongoing mortgage payments being paid through the plan.

4. Debtors are requesting that their Chapter 13 plan payments be increased as necessary to compensate for the lost plan payments with ongoing payments to resume in February 2026.

WHEREFORE, Debtors pray for an Order granting the above requested relief and any additional relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
Jennifer Ann Curry Calvillo (MS Bar No. 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

CERTIFICATE OF SERVICE

    I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Motion to Allow Payment Arrearage was filed on CM/ECF this day and that the Chapter 13 Case Trustee and U.S. Trustee are registered to receive electronic notice in this case. The date of said notice is reflected on the Docket.

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

KaRon Nakia Weary

CASE NO: 24-51281-KMS

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 13

On 1/20/2026, I did cause a copy of the following documents, described below,

Notice and Motion to Allow Payment Arrearage

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 1/20/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. 103469
Attorney at Law
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br><br>KaRon Nakia Weary | CASE NO: 24-51281-KMS<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 13 |

On 1/20/2026, a copy of the following documents, described below,

Notice and Motion to Allow Payment Arrearage

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 1/20/2026

_/s/ Miles Wood_

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

| | | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 24-51281-KMS<br>SOUTHERN DISTRICT OF MISSISSIPPI<br>TUE JAN 20 11-22-35 PST 2026 | EXETER FINANCE LLC<br>CO AIS PORTFOLIO SERVICES  LLC<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY  OK 73118-7901 | RENTAL ACCESS   LLC<br>GRAY LAW GROUP<br>CO PATRICK O GRAY<br>1490 NORTHBANK PKWY<br>SUITE 263<br>TUSCALOOSA  AL 35406-2440 |
| VANDERBILT MORTGAGE AND FINANCE  INC<br>PO BOX 9800<br>MARYVILLE  TN 37802-9800 | ~~EXCLUDE~~<br>~~US BANKRUPTCY COURT~~<br>~~DAN M RUSSELL  JR US COURTHOUSE~~<br>~~2012 15TH STREET  SUITE 244~~<br>~~GULFPORT  MS 39501-2036~~ | AARONS<br>843 US HWY 98<br>COLUMBIA  MS 39429-3710 |
| (P)CREDIT ACCEPTANCE CORPORATION<br>25505 WEST 12 MILE ROAD<br>SOUTHFIELD MI 48034-8316 | CREDIT ACCEPTANCE CORPORATION<br>25505 W 12 MILE RD STE 3000<br>SOUTHFIELD  MI 48034-8331 | CASH COW<br>919 OLD HWY 98 E<br>COLUMBIA  MS 39429 |
| CASH COW E Z CASH<br>CO BANKRUPTCY DIVISION<br>8601 DUNWOODY PLACE  STE 406<br>ATLANTA  GA 30350-2550 | CREDIT ACCEPTANCE<br>ATTN BANKRUPTCY<br>25505 WEST 12 MILE RD<br>STE 3000<br>SOUTHFIELD  MI 48034-8331 | CREDIT ONE<br>PO BOX 98872<br>LAS VEGAS  NV 89193-8872 |
| (P)EXETER FINANCE  LLC<br>NANNETTE ALAMILLA<br>2101 W JOHN CARPENTER FWY<br>IRVING TX 75063-3228 | EXETER FINANCE LLC CO AIS PORTFOLIO SERVICE<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY  OK 73118-7901 | FIRST HERITAGE<br>PO BOX 1264<br>COLUMBIA  MS 39429-1264 |
| LVNV FUNDING  LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE  SC 29603-0587 | LVNV FUNDING<br>ATTN BANKRUPTCY<br>PO BOX 10497<br>GREENVILLE  SC 29603-0497 | MSDHS<br>ATTN CONSTANCE MORROW<br>PO BOX 352<br>JACKSON  MS 39205-0352 |
| MSDHS<br>CO ALEXANDRIA ABRAM<br>PO BOX 352<br>JACKSON  MS 39205-0352 | MIDLAND CREDIT MANAGEMENT  INC<br>PO BOX 2037<br>WARREN  MI 48090-2037 | MIDLAND CREDIT MGMT<br>ATTN BANKRUPTCY<br>PO BOX 939069<br>SAN DIEGO  CA 92193-9069<br><br>CANADA |
| NATIONAL CREDIT<br>327 WEST 4TH AVENUE<br>PO BOX 3023<br>HUTCHINSON  KS 67504-3023 | NATIONAL CREDIT ADJUSTERS  LLC<br>ATTN BANKRUPTCY DEPARTMENT<br>PO BOX 3023<br>HUTCHINSON  KS 67504-3023 | RAPITAL CAPITAL<br>1329C ARENA ROAD  LOT 110<br>KAHNAWAKE QUEBEC CA JOL1B0<br><br>~~EXCLUDE~~ |
| RENTAL ACCESS<br>PO BOX 5117<br>SOUTH FULTON  TN 38257-0117 | (P)REPUBLIC FINANCE LLC<br>282 TOWER RD<br>PONCHATOULA LA 70454-8318 | ~~(D)(P)REPUBLIC FINANCE LLC~~<br>~~282 TOWER RD~~<br>~~PONCHATOULA LA 70454-8318~~ |

```
                                    EXCLUDE

SHENETHIA WEARY                     UNITED STATES TRUSTEE                VANDERBILT MORTGAGE
119 ARTHUR B JOHNSON L              501 EAST COURT STREET                ATTN BANKRUPTCY
COLUMBIA   MS 39429-8202            SUITE 6-430                          PO BOX 9800
                                    JACKSON  MS 39201-5022               MARYVILLE  TN 37802-9800


EXCLUDE                             EXCLUDE                              DEBTOR

(D)VANDERBILT MORTGAGE AND FINANCE  INC   (P)DAVID RAWLINGS              KARON NAKIA WEARY
PO BOX 9800                         ATTN DAVID RAWLINGS CHAPTER 13 TRUSTEE   121 ARTHUR B JOHNSON LANE
MARYVILLE  TN 37802-9800            PO BOX 566                           COLUMBIA  MS 39429-8202
                                    HATTIESBURG MS 39403-0566



EXCLUDE

THOMAS CARL ROLLINS JR
THE ROLLINS LAW FIRM  PLLC
PO BOX 13767
JACKSON  MS 39236-3767
```