United States Bankruptcy Court

Southern District of Mississippi

In re:

KaRon Nakia Weary

    Debtor

Case No. 24-51281-KMS

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0538-6

Date Rcvd: Jun 08, 2026

User: mssbad

Form ID: ntcdsm

Page 1 of 3

Total Noticed: 28

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 10, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | KaRon Nakia Weary, 121 Arthur B Johnson Lane, Columbia, MS 39429-8202 |
| cr | + | Rental Access, LLC, Gray Law Group, c/o Patrick O. Gray, 1490 Northbank Pkwy, Suite 263 Tuscaloosa, AL 35406-2440 |
| 5416831 | | Cash Cow, 919 Old Hwy 98 E, Columbia, MS 39429 |
| 5430440 | | Rapital Capital, 1329-C Arena Road, Lot 110, Kahnawake Quebec CA JOL1B0 |
| 5416843 | + | Shenethia Weary, 119 Arthur B Johnson L, Columbia, MS 39429-8202 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Jun 09 2026 00:16:00 | Exeter Finance LLC, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5416830 | + | Email/Text: bankruptcynotices@aarons.com | Jun 08 2026 20:49:00 | Aaron's, 843 US Hwy 98, Columbia, MS 39429-3710 |
| 5513784 | | Email/Text: ebnnotifications@creditacceptance.com | Jun 08 2026 20:49:00 | CREDIT ACCEPTANCE CORPORATION, 25505 W 12 MILE RD, SOUTHFIELD, MI 48034 |
| 5418965 | + | Email/Text: ebnnotifications@creditacceptance.com | Jun 08 2026 20:49:00 | CREDIT ACCEPTANCE CORPORATION, 25505 W 12 MILE RD STE 3000, SOUTHFIELD, MI 48034-8331 |
| 5439492 | + | Email/Text: bankruptcy_department@clacorp.com | Jun 08 2026 20:49:00 | Cash Cow/ E Z Cash, c/o Bankruptcy Division, 8601 Dunwoody Place, Ste. 406, Atlanta, GA 30350-2550 |
| 5416832 | + | Email/Text: ebnnotifications@creditacceptance.com | Jun 08 2026 20:49:00 | Credit Acceptance, Attn: Bankruptcy, 25505 West 12 Mile Rd, Ste 3000, Southfield, MI 48034-8331 |
| 5416833 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 08 2026 20:46:27 | Credit One, PO Box 98872, Las Vegas, NV 89193-8872 |
| 5416834 | | Email/Text: exeter@ebn.phinsolutions.com | Jun 08 2026 20:49:00 | Exeter Finance LLC, Attn: Bankruptcy, Po Box 166008, Irving, TX 75016 |
| 5420905 | + | EDI: AISACG.COM | Jun 09 2026 00:16:00 | Exeter Finance LLC c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave Dept APS, Oklahoma City, OK 73118-7901 |
| 5416835 | + | Email/Text: bankruptcy@curo.com | Jun 08 2026 20:49:00 | First Heritage, P.O. Box 1264, Columbia, MS 39429-1264 |
| 5418223 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 08 2026 20:46:27 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5416836 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 08 2026 20:45:53 | Lvnv Funding, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 5416839 | + | Email/Text: constance.morrow@mdhs.ms.gov | Jun 08 2026 20:49:00 | MSDHS, Attn: Constance Morrow, PO Box 352, Jackson, MS 39205-0352 |
| 5416838 | + | Email/Text: constance.morrow@mdhs.ms.gov | | |

| District/off: 0538-6 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 08, 2026 | Form ID: ntcdsm | Total Noticed: 28 |

| | | Jun 08 2026 20:49:00 | MSDHS, c/o Alexandria Abram, PO Box 352, Jackson, MS 39205-0352 |
|---|---|---|---|
| 5441037 | + Email/Text: bankruptcydpt@mcmcg.com | Jun 08 2026 20:49:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5416837 | + Email/Text: bankruptcydpt@mcmcg.com | Jun 08 2026 20:49:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 5416840 | + Email/Text: bankruptcy@ncaks.com | Jun 08 2026 20:49:00 | National Credit, 327 West 4th Avenue, Po Box 3023, Hutchinson, KS 67504-3023 |
| 5439042 | + Email/Text: bankruptcy@ncaks.com | Jun 08 2026 20:49:00 | National Credit Adjusters, LLC, Attn: Bankruptcy Department, P.O. Box 3023, Hutchinson, KS 67504-3023 |
| 5416842 | Email/Text: bankruptcy@republicfinance.com | Jun 08 2026 20:49:00 | Republic Finance, 785 US Hwy 98, Columbia, MS 39429 |
| 5419965 | Email/Text: bankruptcy@republicfinance.com | Jun 08 2026 20:49:00 | Republic Finance, LLC, 282 Tower Road, Ponchatoula, LA 70454 |
| 5416841 | + Email/Text: lcarson@hatlawfirm.com | Jun 08 2026 20:49:00 | Rental Access, PO Box 5117, South Fulton, TN 38257-0117 |
| 5416844 | + Email/Text: BANKRUPTCYNOTICES@ClaytonHomes.com | Jun 08 2026 20:49:00 | Vanderbilt Mortgage, Attn: Bankruptcy, Po Box 9800, Maryville, TN 37802-9800 |
| 5428696 | + Email/Text: BANKRUPTCYNOTICES@ClaytonHomes.com | Jun 08 2026 20:49:00 | Vanderbilt Mortgage and Finance, Inc., PO BOX 9800, Maryville, TN 37802-9800 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Vanderbilt Mortgage and Finance, INC., PO BOX 9800, Maryville, TN 37802-9800 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2026          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 8, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net sduncan@rawlings13.net |
| David Rawlings | on behalf of Trustee David Rawlings ecfnotices@rawlings13.net sduncan@rawlings13.net |
| Patrick Gray | |

District/off: 0538-6                    User: mssbad                                    Page 3 of 3
Date Rcvd: Jun 08, 2026                 Form ID: ntcdsm                               Total Noticed: 28

on behalf of Creditor Rental Access  LLC patrick@gray-lawgroup.com, emily@gray-lawgroup.com

Thomas Carl Rollins, Jr

on behalf of Debtor KaRon Nakia Weary trollins@therollinsfirm.com
jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee

USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 5

Form ntcdsm (Rev. 12/23)

## UNITED STATES BANKRUPTCY COURT
Southern District of Mississippi

Case No.:  24–51281–KMS
Chapter:  13

In re:

KaRon Nakia Weary
121 Arthur B Johnson Lane
Columbia, MS 39429

Last four digits of Social–Security or Individual Tax–Payer–Identification (ITIN) No(s)., (if any):

xxx–xx–3547

Employer Tax Identification No(s). (if any):

### Notice of Dismissal

You are hereby notified that an Order Dismissing the above case was entered on June 8, 2026.

Dated: 6/8/26

Danny L. Miller, Clerk of Court
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228–563–1790